IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES F. MANN, d/b/a
"Automotive Concepts,",

        Plaintiff,

v.                                              CIV 10-1103 LAM/RLP

AUTOMOBILE PROTECTION CORP.,
ASSET DEVELOPMENT GROUP, LLC,
RON MATTSON, RODGER ANDERSON,
and FORD MOTOR CREDIT COMPANY,

        Defendants.

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT FORD MOTOR CREDIT COMPANY LLC

      **THIS MATTER** is before the Court upon the *Stipulation of Dismissal Without Prejudice of All Claims Against Ford Motor Credit Company LLC (Doc. 32)* submitted by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). There being good grounds,

      **IT IS HEREBY ORDERED** that all claims against Defendant Ford Motor Credit Company LLC in this action are **DISMISSED without prejudice.**

      **IT IS SO ORDERED.**

                                                */s/ Lourdes A. Martínez*
                                                **LOURDES A. MARTÍNEZ**
                                               **UNITED STATES MAGISTRATE JUDGE**