IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES F. MANN, d/b/a**
**"Automotive Concepts,",**

      **Plaintiff,**

v.     CIV 10-1103 LAM/KBM

**AUTOMOBILE PROTECTION CORP.,**
**ADG, LLC, RON MATTSON, and**
**RODGER ANDERSON,**

      **Defendants.**

# ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Leave to File Amended Complaint (Doc. 45)*, filed February 14, 2011, wherein Plaintiff asks to file an amended complaint that: (1) deletes references to Defendant Ford Motor Credit Company (which has been dismissed from this case); and (2) substitutes ADG, LLC as a Defendant for Asset Development Group, LLC. [*Doc. 45* at 2 and 4].  The Court finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Leave to File Amended Complaint (Doc. 45)* is **GRANTED**, and Plaintiff may file his amended complaint *(Doc. 45-1)*.

**IT IS FURTHER ORDERED** that the clerk's office shall terminate Defendant Asset Development Group, LLC, from the docket in this case, and shall add ADG, LLC, to the docket as a defendant, and add ADG, LLC's attorneys Steven L. Gonzales and Benjamin Silva to the docket.

**IT IS FURTHER ORDERED** that the caption shall reflect ADG, LLC as a defendant in place of Asset Development Group, LLC.

**IT IS SO ORDERED.**

*Lourdes a. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**